UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN JAIRAVEN JACKSON,

Plaintiff,

v.

UNKNOWN PARTY #1 et al.,

Defendants.

Case No. 1:26-cv-86

Honorable Ray Kent

# JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED**.

Dated: November 9, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge